# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **Edelmira V. Molina,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**Capital One Bank (USA), N.A.,**<br><br>　　　　　Defendant. | Case No. 7:21-cv-00001-DC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Edelmira V. Molina, and Defendant, Capital One Bank (USA), N.A. hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear her and its own costs and fees.

Dated: October 4th, 2021　　　JOINTLY SUBMITTED BY:

　　　　　　　　　　　　　　　　　　By: */s/ Carlos C. Alsina-Batista*
　　　　　　　　　　　　　　　　　　Carlos C. Alsina-Batista, Esq. TX Bar #24111072
　　　　　　　　　　　　　　　　　　Wajda & Associates
　　　　　　　　　　　　　　　　　　10000 N. Central Expressway, Suite 400
　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　(888) 213-0169 (phone)
　　　　　　　　　　　　　　　　　　calsinabatista@recoverylawgroup.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Edelmira V. Molina*


　　　　　　　　　　　　　　　　　　By: */s/ Joshua D. Lang*
　　　　　　　　　　　　　　　　　　Joshua D. Lang, Esq. TX Bar #24109450
　　　　　　　　　　　　　　　　　　LYNN PINKER HURST & SCHWEGMANN LLP
　　　　　　　　　　　　　　　　　　2100 Ross Ave., Suite 2700
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　(214) 981-3800 (phone)
　　　　　　　　　　　　　　　　　　(215) 981-3839 (fax)
　　　　　　　　　　　　　　　　　　jlang@lynnllp.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　　　*Capital One Bank (USA) NA*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed with the Court using the CM/ECF system, which will notify Defendant, through counsel of record at the email address shown below:

Joshua D. Lang, Esq. TX Bar #24109450
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Ave., Suite 2700
Dallas, Texas 75201
(214) 981-3800 (phone)
(215) 981-3839 (fax)
jlang@lynnllp.com

    On this 7th day of October, 2021.

        By: */s/ Carlos C. Alsina-Batista*
        Carlos C. Alsina-Batista, TX Bar #24111072
        Attorney for Plaintiff, Edelmira V. Molina